NCO. Q-18-18                                    June 11, 2013

Your Honor,                                     CR. NO. 12CR-3182 JB

    I respectfully write this letter in hopes you can help me get in contact with my lawyer. I was appointed Edward Bustamante to represent me in case #CR.NO.12CR-3182 JB on Feb. 11, 2013. Since then, I have spoken to him once (on or about March 18, 2013). At that point, he had not taken the time to look into or know what I had been charged with. The only thing he said was I have a statutory mandatory minimum of no less than 10 years and a maximum of life in prison. Had I not done any research on my own, I most likely would have trusted in his word. During this breif meeting, which he tried to rush me out as soon as it started, I asked him a few questions that were very important to me and further asked if he could address them as soon as possible. He then said he would get back to me on these issues in about 2-3 weeks.

    The steps I have taken to get in contact with him started with me calling his offices several times a week from T.C.D.F. in Estancia, NM. When it was clear to me that this approach was unsuccessful, I asked my family for their assistance. They have power of attorney of me and faxed Mr. Bustamante the record of proof. They have now made several calls over the past couple of months and have left voice messages. Also, they have written several emails and faxes. They have also text messaged his cell phone and left messages with his paralegal or secretary (not sure exactly her title). They have also flown out here from San Diego, CA in hopes to personally visit him at his office this last week. When his paralegal/secretary said he would not be in the office. My family and I feel we have exhausted all options. I am reaching out to you for help on this matter. If there is nothing that can be done with Mr. Bustamante, I would respectfully ask you to appoint me a different lawyer. I want to thank you in advance for your consideration in this letter and I hope we can all come up with a solution.

6/14/13

Sincerely,
Kurt Arias Gagarin





**From:**
CCA
PO BOX 837
ESTANCIA
Kurt Arius Gugarin
NM 87016-0837
19663768

**To:** U.S. Dist. Judge
James O. Browning
333 Lomas Blvd. N.W.
ABQ., N.M. 87102

LEGAL MAIL

RECEIVED
JUN 13 2013
MATTHEW J. DYKMAN
CLERK

RECEIVED At Albuquerque NM
JUN 13 2013
MATTHEW J. DYKMAN
CLERK