UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ALBUQUERQUE, NEW MEXICO
*CIMARRON COURTROOM*
CLERK'S MINUTES
BEFORE THE HONORABLE KAREN B. MOLZEN

DEFENDANTS:                              TYPE OF HEARING: Preliminary/Detention Hrg

George Roybal                            CASE NO. 13-MJ-3802 & 12-CR-3182 JB

                                         DATE  12/12/13

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

AUSA: Joel Meyers                        DEFENSE Samuel Winder    ( ) APPT ( ) RET

                                                                  ( ) APPT ( ) RET

                                                                  ( ) APPT ( ) RET

Geoffrey Rabi - S/A FBI                                           ( ) APPT ( ) RET

PTS/PROB OFFICER J. Lovato    INTERPRETER: _____

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|
| Liberty-CIMARRON | | | Court - findings |
| @10:02 am | Court | 11:03 am | END |
| | USA - direct of S/A FBI | | |
| | Winder - cross of S/A FBI | | |
| | USA - direct of PO | | |
| | Winder -cross of PO | | |
| | USA - redirect of PO | | |

**DATE OF ARREST:** ___

**HEARING RESULTS/FINDINGS:** incourt identification of deft by both S/A and PO;

**Probable Cause found on both; deft remanded to custody of USMS on the complaint;**

**Court defers revocation of Pretrial release to Judge Browning in 12-CR-3182**