# UNITED STATES DISTRICT COURT
for the

District of New Mexico

2013 DEC 12 AM 8:57

United States of America
v.

George ROYBAL
*Defendant*

)
)
)  Case No.  1:12CR03182-002 JB
)
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* George ROYBAL,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   **X** Order of the Court

This offense is briefly described as follows:

**Violation of Order Setting Conditions of Release (Petition for Action on Conditions of Pretrial Release).**
(1): The defendant must not violate federal, state, or local law while on release.
(7)(g): The defendant must avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution including: No contact with witnesses or other potential individuals who may become witnesses or defendants in the case. (7)(s): Zero Tolerance

Date: Dec 10, 2013

*Issuing officer's signature*

KAREN B. MOLZEN, U.S. MAGISTRATE ~~Matthew J. Dykman, CLERK~~ CHIEF JUDGE
*Printed name and title*

City and state: Albuquerque, New Mexico

### Return

This warrant was received on *(date)* 12-12-2013, and the person was arrested on *(date)* 12-10-2013
at *(city and state)* Albuquerque, NM

Date: 12-12-2013

*Arresting officer's signature*

Antonio Ramirez / DUSM
*Printed name and title*

(FBI SA Geoffrey Ruby)