IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

        Plaintiff,

vs.                                                                               No. CR 12-3182-015-JB

ERICK VIGIL,

        Defendant.

**ORDER TEMPORARILY MODIFYING CONDITIONS
OF PRE-TRIAL RELEASE AND PERMITTING TRAVEL**

THIS MATTER is before the Court on the Defendant Erick Vigil's Second Unopposed Motion to Temporarily Modify Conditions of Pre-Trial Release to Allow Travel (Doc. 407), the Court having considered the Motion and being fully advised, including that Assistant United States Attorney Joel Myeres and Mr. John Lovato of Pre-Trial Services do not oppose the Motion, FINDS that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the Order Setting Conditions of Release (Doc. 116) be, and hereby is, temporarily modified to permit the Defendant Erick Vigil to travel to the State of Florida during the period of January 23, 2014 through January 27, 2014.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE