IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.            No. CR 12-03182 JB

GEORGE ROYBAL,

      Defendant.

## ORDER

THIS MATTER is before the Court upon Defendant George Roybal's Motion to Withdraw his Amended Opposed (In Part) Motion to Modify Conditions of Release [Doc. 401].

IT IS THEREFORE ORDERED that Defendant Roybal's Motion to Withdraw his Amended Opposed (In Part) Motion to Modify Conditions of Release is granted.

_____
UNITED STATES DISTRICT JUDGE

Approvals:

Electronically submitted
Samuel Winder, Esq.
Attorney for Defendant George Roybal
Walz and Associates

Electronically approved
Joel Meyers, Esq.
Assistant United States Attorney