**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 0 2 2014

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHRISTOPHER ROYBAL et. al.,

    Defendants.

CRIMINAL NO. 12-3182 JB

## AMENDED CASE SCHEDULING ORDER

The Court, having considered Defendants' unopposed motion to amend the previously filed Case Scheduling Order, and otherwise being fully advised of the premises, finds that the Motion is well-taken and should be granted.

1.     Counsel for the parties represent that they conferred and agreed to an extension of the current scheduled deadlines. That schedule was set forth during a status conference held on February 11, 2013. Any and all pre-trial hearings will be scheduled by the Court by separate notices.

2.     Given the complexity of this case, the Court declared this case to be complex under 18 U.S.C. § 3161(h)(7)(B)(ii). The Court has found that there is good cause to set aside the standard discovery and motion schedule, and to establish an alternative discovery and motion schedule as agreed by the parties.

3.     Counsel for the defendants have indicated that they needs additional time to finish thoroughly reviewing all of the discovery provided, to date, which consists of tens of thousands

of pages as well of thousands of intercepted telephone conversations. Defense counsel also represent that more time is needed to complete a thorough defense investigation. The defense further represents that they also need more time in order to prepare pre-trial motions and adequately prepare for trial. Therefore, the Court finds that an extension of the discovery and pre-trial submissions deadline is necessary and shall be as follows:

    a.    January 31, 2014: Completion of discovery for government and defense (except for the parties' continuing duty to disclose;

    b.    February 17, 2014: Pretrial discovery motions;

    c.    March 3, 2014: Responses to pretrial discovery motions;

    d.    March 17, 2014: Replies to responses to pretrial discovery motions;

    e.    May 23, 2014: Pretrial substantive motions;

    f.    June 23, 2014: Responses to pretrial substantive motions;

    g.    July 7, 2014: Replies to responses to pretrial substantive motions;

    h.    August 29, 2014: Exhibit lists,
            Witness lists,
            Changes of plea,
            Motions in limine,
            Rule 404(b) motions,
            Daubert motions, and
            Stipulations;

    i.    September 19, 2014: Proposed jury instructions,
            Proposed voir dire,
            Responses to motions in limine,

    j.    Objections to exhibits (with responses to objections due seven (7) calendar days thereafter), and Exhibit binders delivered to the Court (Chambers);

    k.    ~~The Call of Calendar will be set by separate order.~~ *[initialed] 12/21/13*

        ~~Call of the Calendar and~~ Pretrial Motions hearing;

*[initialed] 12/21/13*

The Court will address all outstanding pretrial motions including motions in limine, stipulations and objections to: exhibits, witnesses, voir dire, deposition testimony

~~2015: Trial date will be set by separate order.~~ JOB 12/31/13

Entered this 2nd day of ~~December, 2013~~ January, 2014.

_____
The Honorable James O. Browning
United States District Judge

The Court will accept the parties' agreement on the schedule, but will not vacate the trial with this order. The trial date remains May 19, 2014, and the pretrial conf. remains April 18, 2014. The parties must move (in a joint motion / complex) of the Ct to vacate the pretrial conf date and the trial date. The parties must justify in detail said additional days sought. The parties must also affirmatively consent to the continued designation of the case. The motion must also contain a waiver of the Dfts' speedy trial rights by each Deft.

JOB 12/31/13