# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                      NO: 12-CR-3182-001 JB

CHRISTOPHER ROYBAL,

       Defendant.

### NOTICE REGARDING STATUS CONFERENCE SET FOR MAY 15, 2014

COMES NOW Defendant Christopher Roybal, by and through his Court-appointed attorney, Jacquelyn Robins, Esq., and hereby gives the following notice concerning the **Status Conference set for May 15, 2014**:

On March 21, 2014, this Court held a status conference in this matter. After discussion by the parties, the Court set certain deadlines and hearing dates including a status conference on May 15, 2014 at 9:00 a.m. concerning the need to file any additional pre-trial discovery motions. The Court asked the undersigned counsel to notify the Court and all counsel of record in advance of the hearing on May 15, 2014 if additional pre-trial discovery motions would be filed.

The undersigned counsel is reviewing the voluminous discovery in this case but is not able to determine at this time if additional pre-trial discovery

motions will be necessary in this matter. As a result, the undersigned counsel will not be able to make any definitive statement on May 15, 2014. The undersigned counsel therefore respectfully suggests that the status conference set for Thursday May 15, 2014 be vacated until further notice.

        Respectfully submitted,

        _____Signed 5/12/14_____
**JACQUELYN ROBINS, ESQ.**
Attorney for Defendant Roybal
812 Marquette Ave. NW
Albuquerque, New Mexico 87102
(505) 242-5359

This will certify that on May 12, 2014, the foregoing document was filed through the CM/ECF system and as such was the equivalent of service to AUSA Shana Long and all counsel of record.

   _____Signed 5/12/14_____
**JACQUELYN ROBINS, ESQ.**