IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

  vs.                                      **CRIMINAL NO.: 12-3182 JB**

**CHRISTOPHER ROYBAL, ET.AL.**,

    *Defendant.*

### UNITED STATES' UNOPPOSED MOTION TO DISMISS A 2001 CHEVROLET TAHOE FROM THE FORFEITURE ALLEGATION IN THE SUPERCEDING INDICTMENT

The United States moves to dismiss the 2001 Chevrolet Tahoe VIN:1GNEK13T31R119077 from the forfeiture allegation of the Superseding Indictment (Doc. 426), for the following reasons:

    1.    The United States is informed that the owner, Defendant Jairus Granado, of the 2001 Chevrolet Tahoe ceased making payments on the 2001 Chevrolet Tahoe and the vehicle loan held by Affordable Auto Sales is in default.   Therefore, the United States seeks to dismiss the 2001 Chevrolet Tahoe from this action and release it to Affordable Auto Sales.

    2.    Upon entry of the order dismissing the 2001 Chevrolet Tahoe from the forfeiture allegation of the Superseding Indictment the United States will release the truck to Affordable Auto Sales.

    3.    Counsel for Defendant Grando concurs in this motion.

WHEREFORE, the United States respectfully requests that the 2001 Chevrolet Tahoe VIN:1GNEK13T31R119077 be dismissed from the forfeiture allegation in the Superseding Indictment.

          Respectfully submitted,

          DAMON P. MARTINEZ
          Acting United States Attorney

          *Electronically filed May 21, 2014*
          STEPHEN R. KOTZ
          Assistant U.S. Attorney
          P. O. Box 607
          Albuquerque, New Mexico 87103
          (505) 346-7274

I HEREBY CERTIFY that I filed the foregoing electronically through the CM/ECF system, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

     */s/*
STEPHEN R. KOTZ
Assistant U.S. Attorney