IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      *Plaintiff,*

vs.           No. CR 12-3182 JB

CHRISTOPHER ROYBAL, ET.AL.,

      *Defendant.*

**STIPULATED ORDER GRANTING MOTION TO DISMISS 2001 CHEVROLET TAHOE FROM FORFEITURE ALLEGATION IN THE SUPERSEDING INDICTMENT**

THIS MATTER is before the Court upon the United States' Motion to Dismiss the 2001 Chevrolet Tahoe VIN:1GNEK13T31R119077 (Doc. ) from the forfeiture allegation of the Superseding Indictment. The Court is fully advised in the premises and finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the 2001 Chevrolet Tahoe VIN:1GNEK13T31R119077 is dismissed from the forfeiture allegation in the Superseding Indictment. The United States will release the truck to Affordable Auto Sales.

All Defendants approve the motion and order.

                                        UNITED STATES DISTRICT JUDGE

Submitted by:

*Electronically submitted 5/21/14*
STEPHEN R. KOTZ
Assistant U.S. Attorney

Approved by:
*Approved via email 5/16/14*
PHILLIP G. SAPIEN, ESQ.
Counsel for Defendant Jairus Granado