## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.  No. CR 12-3182 JB

JAIRUS GRANADO,

      Defendant.

## SECOND UNOPPOSED ORDER MODIFYING CONDITIONS OF RELEASE

**THIS MATTER,** having come before the Court on the Unopposed Motion of the defendant, with concurrence from the government and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED,** that defendant's Conditions of Release are modified to remove the ankle bracelet/RF monitoring condition. All other previously imposed conditions of release will remain in effect.

_____
UNITED STATES DISTRICT JUDGE

Approved by:

    */s/*
_____
Phillip G. Sapien
Attorney for Jairus Granado


*Approved via electronic mail on 5/28/14 by*
Shana B. Long
Assistant United States Attorney