IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL No. 12-3182 JB |
| ) | |
| KRISTEN LUCERO AND ) | |
| BRANDY LUCERO, ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION TO VACATE AND RESCHEDULE SENTENCING HEARING SUBMITTED BY KRISTEN LUCERO AND BRANDY LUCERO**

Defendants Kristen Lucero and Brandy Lucero, through undersigned counsel and pursuant to LR-CR 32.C and 47.2, respectfully request the Court continue the sentencing hearings currently set for November 4, 2014. The government does not oppose this motion. As grounds, the Defendants state:

1. On August 1, 2014, Kristen and Brandy Lucero pled guilty in this matter.

2. This Court scheduled the sentencing hearings for both cases to be held on November 4, 2014.

3. Neither counsel for the defendants has the PSR report for his or her client.

4. Even if the PSR reports were received today, counsel would not have adequate time to (a) file objections to the PSR with the Court; and/or (b) file sentencing memoranda to assist the Court.

5. The government, represented by Assistant United States Attorney Joel Meyers, does not oppose this motion.

6. Based upon the reasons stated above, both Kristen Lucero and Brandy Lucero respectfully request that the sentencing hearings scheduled for November 4, 2014 be vacated and rescheduled for a later date to give probation adequate time to file the PSR reports and defense counsel adequate time to consult with their clients, file any objections to the PSR reports that are warranted, and file sentencing memoranda.

Respectfully submitted,

Garcia Ives Nowara

By: s/ Molly Schmidt-Nowara
Mary (Molly) Schmidt-Nowara
201 Third Street NW
Suite 480
Albuquerque NM 87102
(505) 899-1030
Molly@ginlawfirm.com

Counsel for Brandy Lucero

&

Mark Earnest
Attorney at law
Duncan Earnest, LLC
600 Central Ave., SE, Ste. 204
Albuquerque, NM 87102
T: (505) 842-5196
F: (505) 750-9780
mark.earnest.law@gmail.com

Counsel for Kristen Lucero

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2014, I filed the foregoing pleading electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

<u>s/ Molly Schmidt-Nowara</u>
Mary (Molly) Schmidt-Nowara