## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
vs.                          )                    No. CR 12-3182 JB
                             )
KRISTEN LUCERO AND           )
BRANDY LUCERO,               )
                             )
            Defendants.      )

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

This matter came before the Court on the Unopposed Motion to Vacate and Reschedule Sentencing Hearing Submitted by Kristen Lucero and Brandy Lucero. (Doc. 662).  The Court, having been advised of the facts and the law and noting that the government does not oppose this motion, finds that the motion is well taken and should be granted.  The hearing currently scheduled for November 4, 2014 is hereby vacated until December 3, 2014 at 9:00 a.m. (Kristen Lucero) and 9:30 a.m. (Brandy Lucero).

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE